UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALLEGHENY COUNTY EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>                      Plaintiff,<br><br>  vs.<br><br>ENERGY TRANSFER LP, et al.,<br><br>                      Defendants. | Civ. Action No. 2:20-cv-00200-GAM<br><br>CLASS ACTION<br><br>MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL |

Proposed lead plaintiff Public Employees Retirement Association of New Mexico ("New Mexico") hereby moves this Court, on a date and at such time as may be designated by the Court, for an Order appointing New Mexico as Lead Plaintiff and approving its selection of Robbins Geller Rudman & Dowd LLP to serve as Lead Counsel.  In support of this Motion, New Mexico submits herewith a Memorandum of Law and Declaration of Lawrence F. Stengel, dated January 21, 2020.

    SAXTON & STUMP
    LAWRENCE F. STENGEL (PA #32809)


        s/ Lawrence F. Stengel
    LAWRENCE F. STENGEL

    280 Granite Run Drive, Suite 300
    Lancaster, PA  17601
    Telephone:  717/556-1000
    717/441-3810 (fax)
    lfs@saxtonstump.com

    Local Counsel for [Proposed] Lead Plaintiff

    ROBBINS GELLER RUDMAN
     & DOWD LLP
    DARREN J. ROBBINS
    JASON A. FORGE
    TRICIA L. McCORMICK
    TING H. LIU
    655 West Broadway, Suite 1900
    San Diego, CA  92101
    Telephone:  619/231-1058
    619/231-7423 (fax)
    darrenr@rgrdlaw.com
    jforge@rgrdlaw.com
    triciam@rgrdlaw.com
    tliu@rgrdlaw.com

    [Proposed] Lead Counsel for [Proposed] Lead Plaintiff

- 2 -

NEW MEXICO ATTORNEY GENERAL
HECTOR H. BALDERAS
P. CHOLLA KHOURY
Assistant Attorney General
201 3rd St. NW, Suite 300
Albuquerque, NM 87102
Telephone:  505/490-4052
505/318-1050 (fax)
ckhoury@nmag.gov

Additional Counsel

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on January 21, 2020, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

                                                         s/ LAWRENCE F. STENGEL
                                                        LAWRENCE F. STENGEL

                                                        SAXTON & STUMP
                                                        280 Granite Run Drive, Suite 300
                                                        Lancaster, PA  17601
                                                        Telephone:  717/556-1000
                                                        717/441-3810 (fax)

                                                        E-mail:  lfs@saxtonstump.com

# Mailing Information for a Case 2:20-cv-00200-GAM ALLEGHENY COUNTY EMPLOYEES' RETIREMENT SYSTEM v. EMERGY TRANSFER LP et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **JAMES M. FICARO**
  jmf@weiserlawfirm.com,hl@weiserlawfirm.com

- **JACOB A. GOLDBERG**
  jgoldberg@rosenlegal.com,etexidor@rosenlegal.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`