# EXHIBIT B

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

I, Susan G. Pittard, on behalf of the PUBLIC EMPLOYEES RETIREMENT ASSOCIATION OF NEW MEXICO ("PERA"), declare:

1. I am the Chief of Staff and General Counsel of PERA. I am fully authorized to enter into and execute this Certification on behalf of PERA. I have reviewed a complaint filed in this matter. PERA has authorized the filing of a motion for appointment as lead plaintiff.

1. PERA did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

2. PERA is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

3. PERA has made the following transaction(s) during the Class Period in the securities that are the subject of this action:

| Security | Transaction | Date | Price Per Share |
|---|---|---|---|

*See* attached Schedule A.

4. PERA has not sought to serve or served as a representative party in a class action that was filed under the federal securities laws within the three-year period prior to the date of this Certification except as detailed below:

>*In re WageWorks, Inc. Sec. Litig.*, No. 4:18-cv-01523 (N.D. Cal.)
>*In re PG&E Corp. Sec. Litig.*, No. 3:18-cv-03509 (N.D. Cal.)
>*Harari v. PriceSmart, Inc.*, No. 3:19-cv-00958 (S.D. Cal.)

5. PERA will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery,

ENERGY TRANSFER

except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 22 day of January, 1/22/2020.

PUBLIC EMPLOYEES RETIREMENT
ASSOCIATION OF NEW MEXICO

By: _____
Susan G. Pittard, Chief of Staff and
General Counsel

## SCHEDULE A

## SECURITIES TRANSACTIONS

**Energy Transfer**

| Date Acquired | Amount of Units Acquired | Price |
|---|---|---|
| 02/27/2017 | 3,832 | $18.96 |
| 03/06/2017 | 3,547 | $19.34 |
| 03/07/2017 | 6,852 | $19.24 |
| 03/08/2017 | 7,947 | $18.91 |
| 03/09/2017 | 32,242 | $18.57 |
| 03/10/2017 | 7,344 | $18.50 |
| 03/13/2017 | 7,796 | $18.70 |
| 03/14/2017 | 7,911 | $18.40 |
| 03/15/2017 | 13,465 | $18.66 |
| 03/16/2017 | 6,633 | $18.86 |
| 03/17/2017 | 17,359 | $18.94 |
| 03/20/2017 | 7,282 | $18.71 |
| 03/21/2017 | 23,612 | $18.50 |
| 03/22/2017 | 18,624 | $18.32 |
| 03/23/2017 | 7,518 | $18.52 |
| 03/27/2017 | 847 | $18.38 |
| 03/28/2017 | 1,962 | $18.59 |
| 03/29/2017 | 10,899 | $19.30 |
| 03/30/2017 | 4,842 | $19.34 |
| 03/31/2017 | 19,539 | $19.62 |
| 04/17/2017 | 2,651 | $18.60 |
| 05/01/2017 | 2,637 | $18.66 |
| 05/08/2017 | 2,539 | $17.58 |
| 05/12/2017 | 20,882 | $18.69 |
| 05/16/2017 | 6,241 | $18.82 |
| 05/17/2017 | 7,698 | $18.61 |
| 05/19/2017 | 1,676 | $18.37 |
| 05/25/2017 | 16,462 | $18.26 |
| 05/26/2017 | 14,622 | $18.06 |
| 06/01/2017 | 11,292 | $17.34 |
| 06/14/2017 | 7,955 | $16.21 |
| 06/15/2017 | 7,470 | $15.91 |
| 06/15/2017 | 9,748 | $15.88 |
| 06/15/2017 | 7,775 | $15.95 |
| 06/15/2017 | 20,656 | $15.91 |
| 06/16/2017 | 13,513 | $16.31 |
| 06/19/2017 | 6,004 | $16.01 |
| 06/21/2017 | 20,212 | $15.20 |
| 06/22/2017 | 11,327 | $15.20 |
| 06/23/2017 | 21,496 | $15.84 |
| 06/26/2017 | 34,625 | $16.31 |
| 06/26/2017 | 4,630 | $16.25 |
| 06/27/2017 | 15,092 | $16.50 |
| 06/27/2017 | 2,404 | $16.60 |
| 06/28/2017 | 33,371 | $17.12 |
| 06/28/2017 | 2,500 | $16.68 |
| 06/29/2017 | 6,511 | $17.72 |
| 06/30/2017 | 13,045 | $17.97 |
| 07/05/2017 | 3,979 | $17.63 |

| Date | Amount of Units | Price |
|---|---|---|
| 07/11/2017 | 12,147 | $17.90 |
| 07/13/2017 | 7,618 | $17.84 |
| 07/14/2017 | 15,774 | $17.97 |
| 07/18/2017 | 6,672 | $17.98 |
| 07/24/2017 | 8,287 | $17.58 |
| 07/25/2017 | 7,381 | $17.96 |
| 07/31/2017 | 27,967 | $17.65 |
| 08/16/2017 | 3,231 | $17.11 |
| 09/28/2017 | 3,637 | $17.41 |
| 10/16/2017 | 10,132 | $17.82 |
| 11/07/2017 | 845 | $18.17 |
| 11/16/2017 | 3,101 | $16.65 |
| 12/22/2017 | 7,221 | $16.95 |
| 01/03/2018 | 6,312 | $17.92 |
| 01/10/2018 | 1,469 | $17.32 |
| 01/19/2018 | 1,091 | $17.84 |
| 02/08/2018 | 3,101 | $17.13 |
| 02/15/2018 | 225 | $17.46 |
| 02/27/2018 | 7,118 | $16.16 |
| 03/12/2018 | 14,098 | $15.55 |
| 03/15/2018 | 49,284 | $14.37 |
| 04/16/2018 | 1,784 | $14.95 |
| 04/30/2018 | 13,307 | $15.69 |
| 05/23/2018 | 51 | $17.17 |
| 05/25/2018 | 2,186 | $16.72 |
| 08/21/2018 | 10,832 | $18.29 |
| 10/19/2018 (Energy Transfer Merger) | 2,159,739 | $17.06 |
| 11/15/2018 | 302 | $14.77 |
| 12/24/2018 | 3,959 | $12.07 |
| 01/29/2019 | 8,455 | $14.37 |
| 09/25/2019 | 12,973 | $13.17 |

| Date Sold | Amount of Units Sold | Price |
|---|---|---|
| 04/05/2017 | 5,150 | $19.49 |
| 05/31/2017 | 2,754 | $16.75 |
| 08/09/2017 | 2,588 | $17.56 |
| 05/22/2018 | 8,424 | $17.39 |
| 07/03/2018 | 6,659 | $17.49 |
| 08/07/2018 | 203 | $19.08 |
| 09/04/2018 | 13,482 | $17.59 |
| 09/11/2018 | 3,174 | $17.73 |
| 09/12/2018 | 3,060 | $17.75 |
| 09/13/2018 | 3,060 | $17.57 |
| 09/17/2018 | 4,240 | $17.43 |
| 09/19/2018 | 1,814 | $17.56 |
| 10/01/2018 | 6,198 | $17.59 |
| 10/02/2018 | 858 | $18.01 |
| 10/03/2018 | 829 | $17.93 |
| 10/05/2018 | 12,192 | $17.57 |
| 10/12/2018 | 8,260 | $16.88 |
| 10/17/2018 | 2,375 | $17.03 |
| 11/05/2018 | 1,171 | $15.92 |
| 11/14/2018 | 7,188 | $15.22 |
| 12/03/2018 | 5,666 | $15.02 |
| 01/03/2019 | 1,517 | $13.36 |
| 01/08/2019 | 42,766 | $14.53 |

| Date | Shares | Price |
|---|---|---|
| 01/10/2019 | 33,937 | $14.99 |
| 01/14/2019 | 2,852 | $14.88 |
| 01/15/2019 | 1,281 | $14.85 |
| 01/24/2019 | 599 | $14.26 |
| 01/25/2019 | 2,999 | $14.25 |
| 02/01/2019 | 8,285 | $15.00 |
| 02/01/2019 | 8,709 | $14.99 |
| 02/05/2019 | 1,919 | $15.16 |
| 02/05/2019 | 1,634 | $15.18 |
| 02/12/2019 | 654 | $14.57 |
| 02/19/2019 | 5,938 | $15.26 |
| 02/19/2019 | 12,100 | $15.40 |
| 02/19/2019 | 738 | $15.32 |
| 02/19/2019 | 1,823 | $15.25 |
| 02/20/2019 | 7,416 | $15.56 |
| 02/21/2019 | 6,490 | $15.61 |
| 02/25/2019 | 13,171 | $15.46 |
| 02/28/2019 | 4,999 | $14.90 |
| 03/11/2019 | 23,811 | $15.21 |
| 03/14/2019 | 8,313 | $15.25 |
| 03/18/2019 | 3,479 | $15.23 |
| 04/02/2019 | 3,999 | $15.66 |
| 04/03/2019 | 9,206 | $15.61 |
| 04/04/2019 | 12,769 | $15.55 |
| 04/05/2019 | 29,298 | $15.60 |
| 04/08/2019 | 6,494 | $15.80 |
| 04/10/2019 | 2,761 | $15.46 |
| 04/11/2019 | 3,124 | $15.50 |
| 04/15/2019 | 3,352 | $15.54 |
| 04/16/2019 | 12,740 | $15.51 |
| 04/22/2019 | 5,599 | $15.50 |
| 04/26/2019 | 973 | $15.29 |
| 05/02/2019 | 5,607 | $15.20 |
| 05/03/2019 | 4,750 | $15.31 |
| 05/06/2019 | 1,252 | $15.16 |
| 05/10/2019 | 6,554 | $15.19 |
| 05/14/2019 | 13,389 | $14.91 |
| 06/12/2019 | 111 | $14.37 |
| 06/24/2019 | 17,591 | $14.35 |
| 06/26/2019 | 2,983 | $14.18 |
| 06/28/2019 | 4,259 | $13.95 |
| 07/02/2019 | 5,788 | $14.11 |
| 07/10/2019 | 3,417 | $14.80 |
| 07/11/2019 | 2,826 | $14.88 |
| 07/12/2019 | 2,615 | $14.87 |
| 07/15/2019 | 7,936 | $14.88 |
| 07/16/2019 | 5,795 | $14.97 |
| 11/08/2019 | 23,139 | $12.15 |

*Opening position of 764,641 shares.

Merger shares received has the closing price on 10/19/2018.

**Energy Transfer Partners**

| Date Acquired | Amount of Units Acquired | Price |
|---|---|---|
| 03/27/2017 | 701 | $35.34 |
| 03/29/2017 | 314 | $36.22 |
| 04/17/2017 | 2,052 | $35.11 |

| Date Sold | Amount of Units Sold | Price |
|---|---|---|
| 03/16/2017 | 269 | $36.13 |
| 04/05/2017 | 3,258 | $36.87 |
| 4/28/2017 (Sunoco Merger) | 752,603 | |

**Sunoco**

| Date Acquired | Amount of Units Acquired | Price |
|---|---|---|
| 03/13/2017 | 1,669 | $24.39 |
| 03/27/2017 | 394 | $23.70 |
| 03/28/2017 | 901 | $23.93 |
| 04/11/2017 | 2,310 | $23.89 |
| 04/12/2017 | 1,996 | $23.71 |
| 04/13/2017 | 5,264 | $23.79 |
| 04/17/2017 | 1,189 | $23.50 |
| 04/24/2017 | 1,852 | $23.61 |
| 4/28/2017 (Sunoco Merger) | 1,128,904.5 | |
| 05/01/2017 | 2,390 | $23.73 |
| 05/04/2017 | 17,033 | $22.34 |
| 5/5/2017 (received) | 1 | |
| 06/02/2017 | 4,560 | $21.77 |
| 06/15/2017 | 13,204 | $19.32 |
| 07/19/2017 | 5,600 | $20.71 |
| 07/24/2017 | 7,462 | $19.85 |
| 07/25/2017 | 6,715 | $20.20 |
| 08/15/2017 | 4,556 | $18.96 |
| 09/25/2017 | 20,785 | $18.65 |
| 09/28/2017 | 9,731 | $18.47 |
| 11/07/2017 | 6,033 | $17.12 |
| 11/16/2017 | 3,575 | $16.85 |
| 01/10/2018 | 1,469 | $19.40 |
| 01/19/2018 | 571 | $19.73 |
| 02/15/2018 | 162 | $19.12 |
| 02/27/2018 | 8,103 | $19.16 |
| 04/30/2018 | 14,281 | $18.00 |
| 05/17/2018 | 17,333 | $19.16 |
| 05/21/2018 | 6,526 | $19.35 |
| 05/22/2018 | 14,565 | $19.58 |
| 05/25/2018 | 2,471 | $18.60 |
| 06/05/2018 | 2,933 | $19.47 |
| 06/26/2018 | 8,230 | $18.83 |
| 07/09/2018 | 1,961 | $19.14 |
| 08/09/2018 | 9,129 | $23.49 |
| 08/21/2018 | 4,183 | $23.30 |

| Date | Units | Price |
|---|---|---|
| 08/28/2018 | 5,938 | $22.64 |
| 09/07/2018 | 3,158 | $22.19 |
| 09/11/2018 | 3,145 | $22.77 |
| 09/18/2018 | 2,900 | $22.23 |
| 09/19/2018 | 6,675 | $22.36 |
| 09/25/2018 | 1,726 | $22.57 |

| Date Sold | Amount of Units Sold | Price |
|---|---|---|
| 04/05/2017 | 1,404 | $24.63 |
| 05/01/2017 | 0.5 | |
| 05/31/2017 | 3,537 | $21.65 |
| 06/12/2017 | 7,501 | $20.78 |
| 10/06/2017 | 48,350 | $18.61 |
| 04/16/2018 | 22,889 | $17.31 |
| 08/06/2018 | 1,355 | $24.16 |
| 09/04/2018 | 17,572 | $22.53 |
| 10/19/2018 (Energy Transfer Merger) | 1,687,296 | |

Prices listed are rounded up to two decimal places.