# EXHIBIT C

| Name | Date | Units Acquired | Price | Total Cost | Date** | Units Sold | Price | Total Proceeds | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|---|
| **Public Employees Retirement Association of New Mexico** | 09/25/2019 | 12,973 | $13.17 | $170,789.55 | 11/08/2019 | 12,973 | $12.15 | $157,621.95 | |
| | 01/29/2019 | 8,285 | $14.37 | $119,096.05 | 02/01/2019 | 8,285 | $15.00 | $124,275.00 | |
| | 01/29/2019 | 170 | $14.37 | $2,443.73 | 02/01/2019 | 170 | $14.99 | $2,549.10 | |
| | 12/24/2018 | 1,517 | $12.07 | $18,302.61 | 01/03/2019 | 1,517 | $13.36 | $20,259.54 | |
| | 12/24/2018 | 2,442 | $12.07 | $29,462.73 | 01/08/2019 | 2,442 | $14.53 | $35,485.43 | |
| | 11/15/2018 | 302 | $14.77 | $4,459.03 | 12/03/2018 | 302 | $15.02 | $4,536.07 | |
| | 10/19/2018 (merger) | 1,171 | $17.06 | $19,977.26 | 11/05/2018 | 1,171 | $15.92 | $18,639.16 | |
| | 10/19/2018 (merger) | 7,188 | $17.06 | $122,627.28 | 11/14/2018 | 7,188 | $15.22 | $109,401.36 | |
| | 10/19/2018 (merger) | 5,364 | $17.06 | $91,509.84 | 12/03/2018 | 5,364 | $15.02 | $80,567.82 | |
| | 10/19/2018 (merger) | 40,324 | $17.06 | $687,927.44 | 01/08/2019 | 40,324 | $14.53 | $585,960.14 | |
| | 10/19/2018 (merger) | 33,937 | $17.06 | $578,965.22 | 01/10/2019 | 33,937 | $14.99 | $508,545.95 | |
| | 10/19/2018 (merger) | 2,852 | $17.06 | $48,655.12 | 01/14/2019 | 2,852 | $14.88 | $42,423.50 | |
| | 10/19/2018 (merger) | 1,281 | $17.06 | $21,853.86 | 01/15/2019 | 1,281 | $14.85 | $19,023.11 | |
| | 10/19/2018 (merger) | 599 | $17.06 | $10,218.94 | 01/24/2019 | 599 | $14.26 | $8,540.54 | |
| | 10/19/2018 (merger) | 2,999 | $17.06 | $51,162.94 | 01/25/2019 | 2,999 | $14.25 | $42,721.95 | |
| | 10/19/2018 (merger) | 8,539 | $17.06 | $145,675.34 | 02/01/2019 | 8,539 | $14.99 | $128,039.74 | |
| | 10/19/2018 (merger) | 1,919 | $17.06 | $32,738.14 | 02/05/2019 | 1,919 | $15.16 | $29,092.04 | |
| | 10/19/2018 (merger) | 1,634 | $17.06 | $27,876.04 | 02/05/2019 | 1,634 | $15.18 | $24,804.12 | |
| | 10/19/2018 (merger) | 654 | $17.06 | $11,157.24 | 02/12/2019 | 654 | $14.57 | $9,530.94 | |
| | 10/19/2018 (merger) | 5,938 | $17.06 | $101,302.28 | 02/19/2019 | 5,938 | $15.26 | $90,584.19 | |
| | 10/19/2018 (merger) | 12,100 | $17.06 | $206,426.00 | 02/19/2019 | 12,100 | $15.40 | $186,340.00 | |
| | 10/19/2018 (merger) | 738 | $17.06 | $12,590.28 | 02/19/2019 | 738 | $15.32 | $11,306.68 | |
| | 10/19/2018 (merger) | 1,823 | $17.06 | $31,100.38 | 02/19/2019 | 1,823 | $15.25 | $27,800.75 | |
| | 10/19/2018 (merger) | 7,416 | $17.06 | $126,516.96 | 02/20/2019 | 7,416 | $15.56 | $115,392.96 | |
| | 10/19/2018 (merger) | 6,490 | $17.06 | $110,719.40 | 02/21/2019 | 6,490 | $15.61 | $101,308.90 | |
| | 10/19/2018 (merger) | 13,171 | $17.06 | $224,697.26 | 02/25/2019 | 13,171 | $15.46 | $203,659.22 | |
| | 10/19/2018 (merger) | 4,999 | $17.06 | $85,282.94 | 02/28/2019 | 4,999 | $14.90 | $74,485.10 | |
| | 10/19/2018 (merger) | 23,811 | $17.06 | $406,215.66 | 03/11/2019 | 23,811 | $15.21 | $362,062.92 | |
| | 10/19/2018 (merger) | 8,313 | $17.06 | $141,819.78 | 03/14/2019 | 8,313 | $15.25 | $126,773.25 | |
| | 10/19/2018 (merger) | 3,479 | $17.06 | $59,351.74 | 03/18/2019 | 3,479 | $15.23 | $52,985.17 | |
| | 10/19/2018 (merger) | 3,999 | $17.06 | $68,222.94 | 04/02/2019 | 3,999 | $15.66 | $62,624.34 | |
| | 10/19/2018 (merger) | 9,206 | $17.06 | $157,054.36 | 04/03/2019 | 9,206 | $15.61 | $143,705.66 | |
| | 10/19/2018 (merger) | 12,769 | $17.06 | $217,839.14 | 04/04/2019 | 12,769 | $15.55 | $198,557.95 | |
| | 10/19/2018 (merger) | 29,298 | $17.06 | $499,823.88 | 04/05/2019 | 29,298 | $15.60 | $457,098.61 | |
| | 10/19/2018 (merger) | 6,494 | $17.06 | $110,787.64 | 04/08/2019 | 6,494 | $15.80 | $102,605.20 | |
| | 10/19/2018 (merger) | 2,761 | $17.06 | $47,102.66 | 04/10/2019 | 2,761 | $15.46 | $42,685.06 | |
| | 10/19/2018 (merger) | 3,124 | $17.06 | $53,295.44 | 04/11/2019 | 3,124 | $15.50 | $48,422.00 | |
| | 10/19/2018 (merger) | 3,352 | $17.06 | $57,185.12 | 04/15/2019 | 3,352 | $15.54 | $52,090.08 | |
| | 10/19/2018 (merger) | 12,740 | $17.06 | $217,344.40 | 04/16/2019 | 12,740 | $15.51 | $197,563.00 | |
| | 10/19/2018 (merger) | 5,599 | $17.06 | $95,518.94 | 04/22/2019 | 5,599 | $15.50 | $86,784.50 | |
| | 10/19/2018 (merger) | 973 | $17.06 | $16,599.38 | 04/26/2019 | 973 | $15.29 | $14,877.17 | |
| | 10/19/2018 (merger) | 5,607 | $17.06 | $95,655.42 | 05/02/2019 | 5,607 | $15.20 | $85,198.37 | |
| | 10/19/2018 (merger) | 4,750 | $17.06 | $81,035.00 | 05/03/2019 | 4,750 | $15.31 | $72,727.73 | |
| | 10/19/2018 (merger) | 1,252 | $17.06 | $21,359.12 | 05/06/2019 | 1,252 | $15.16 | $18,980.57 | |
| | 10/19/2018 (merger) | 6,554 | $17.06 | $111,811.24 | 05/10/2019 | 6,554 | $15.19 | $99,555.26 | |
| | 10/19/2018 (merger) | 13,389 | $17.06 | $228,416.34 | 05/14/2019 | 13,389 | $14.91 | $199,629.99 | |
| | 10/19/2018 (merger) | 111 | $17.06 | $1,893.66 | 06/12/2019 | 111 | $14.37 | $1,594.52 | |
| | 10/19/2018 (merger) | 17,591 | $17.06 | $300,102.46 | 06/24/2019 | 17,591 | $14.35 | $252,342.90 | |
| | 10/19/2018 (merger) | 2,983 | $17.06 | $50,889.98 | 06/26/2019 | 2,983 | $14.18 | $42,309.08 | |
| | 10/19/2018 (merger) | 4,259 | $17.06 | $72,658.54 | 06/28/2019 | 4,259 | $13.95 | $59,391.76 | |
| | 10/19/2018 (merger) | 5,788 | $17.06 | $98,743.28 | 07/02/2019 | 5,788 | $14.11 | $81,639.74 | |
| | 10/19/2018 (merger) | 3,417 | $17.06 | $58,294.02 | 07/10/2019 | 3,417 | $14.80 | $50,584.58 | |
| | 10/19/2018 (merger) | 2,826 | $17.06 | $48,211.56 | 07/11/2019 | 2,826 | $14.88 | $42,040.71 | |
| | 10/19/2018 (merger) | 2,615 | $17.06 | $44,611.90 | 07/12/2019 | 2,615 | $14.87 | $38,895.77 | |
| | 10/19/2018 (merger) | 7,936 | $17.06 | $135,388.16 | 07/15/2019 | 7,936 | $14.88 | $118,100.38 | |
| | 10/19/2018 (merger) | 5,795 | $17.06 | $98,862.70 | 07/16/2019 | 5,795 | $14.97 | $86,766.80 | |

| Date | Shares | Price | Amount | Date | Shares | Price | Amount |
|---|---|---|---|---|---|---|---|
| 10/19/2018 (merger) | 10,166 | $17.06 | $173,431.96 | 11/08/2019 | 10,166 | $12.15 | $123,516.90 |
| 10/19/2018 (merger) | 1,241 | $17.06 | $21,171.46 | 11/29/2019 | 1,241 | $11.80 | $14,637.60 |
| 10/19/2018 (merger) | 8,928 | $17.06 | $152,311.68 | 01/08/2020 | 8,928 | $13.61 | $121,465.44 |
| 10/19/2018 (merger) | 8,731 | $17.06 | $148,950.86 | 01/09/2020 | 8,731 | $13.41 | $117,039.06 |
| 10/19/2018 (merger) | 7,134 | $17.06 | $121,706.04 | 01/10/2020 | 7,134 | $13.34 | $95,131.89 |
| 10/19/2018 (merger) | 1,751,612 | $17.06 | $29,882,500.72 | held | 1,751,612 | $12.50 | $21,894,031.95 |
| 08/21/2018 | 10,832 | $18.29 | $198,063.12 | 09/04/2018 | 10,832 | $17.59 | $190,480.72 |
| 05/25/2018 | 2,186 | $16.72 | $36,538.99 | 07/03/2018 | 2,186 | $17.49 | $38,222.21 |
| 05/23/2018 | 51 | $17.17 | $875.42 | 07/03/2018 | 51 | $17.49 | $891.74 |
| 04/30/2018 | 8,424 | $15.69 | $132,172.56 | 05/22/2018 | 8,424 | $17.39 | $146,472.30 |
| 04/30/2018 | 4,422 | $15.69 | $69,381.18 | 07/03/2018 | 4,422 | $17.49 | $77,318.67 |
| 04/30/2018 | 203 | $15.69 | $3,185.07 | 08/07/2018 | 203 | $19.08 | $3,872.69 |
| 04/30/2018 | 258 | $15.69 | $4,048.02 | 09/04/2018 | 258 | $17.59 | $4,536.93 |
| 04/16/2018 | 1,784 | $14.95 | $26,661.88 | 09/04/2018 | 1,784 | $17.59 | $31,371.64 |
| 03/15/2018 | 608 | $14.37 | $8,737.69 | 09/04/2018 | 608 | $17.59 | $10,691.68 |
| 03/15/2018 | 3,174 | $14.37 | $45,614.19 | 09/11/2018 | 3,174 | $17.73 | $56,287.08 |
| 03/15/2018 | 3,060 | $14.37 | $43,975.87 | 09/12/2018 | 3,060 | $17.75 | $54,308.88 |
| 03/15/2018 | 3,060 | $14.37 | $43,975.87 | 09/13/2018 | 3,060 | $17.57 | $53,756.24 |
| 03/15/2018 | 4,240 | $14.37 | $60,933.89 | 09/17/2018 | 4,240 | $17.43 | $73,882.00 |
| 03/15/2018 | 1,814 | $14.37 | $26,069.36 | 09/19/2018 | 1,814 | $17.56 | $31,847.49 |
| 03/15/2018 | 6,198 | $14.37 | $89,072.70 | 10/01/2018 | 6,198 | $17.59 | $108,991.83 |
| 03/15/2018 | 858 | $14.37 | $12,330.49 | 10/02/2018 | 858 | $18.01 | $15,450.09 |
| 03/15/2018 | 829 | $14.37 | $11,913.72 | 10/03/2018 | 829 | $17.93 | $14,861.40 |
| 03/15/2018 | 12,192 | $14.37 | $175,213.67 | 10/05/2018 | 12,192 | $17.57 | $214,213.44 |
| 03/15/2018 | 8,260 | $14.37 | $118,706.11 | 10/12/2018 | 8,260 | $16.88 | $139,387.50 |
| 03/15/2018 | 2,375 | $14.37 | $34,131.60 | 10/17/2018 | 2,375 | $17.03 | $40,452.43 |
| 03/15/2018 | 2,616 | $14.37 | $37,595.06 | held | 2,616 | $12.50 | $32,698.33 |
| 03/12/2018 | 14,098 | $15.55 | $219,185.84 | held | 14,098 | $12.50 | $176,216.00 |
| 02/27/2018 | 7,118 | $16.16 | $114,991.29 | held | 7,118 | $12.50 | $88,970.46 |
| 02/15/2018 | 225 | $17.46 | $3,927.38 | held | 225 | $12.50 | $2,812.36 |
| 02/08/2018 | 3,101 | $17.13 | $53,126.02 | held | 3,101 | $12.50 | $38,760.52 |
| 01/19/2018 | 1,091 | $17.84 | $19,457.99 | held | 1,091 | $12.50 | $13,636.80 |
| 01/10/2018 | 1,469 | $17.32 | $25,440.44 | held | 1,469 | $12.50 | $18,361.56 |
| 01/03/2018 | 6,312 | $17.92 | $113,111.04 | held | 6,312 | $12.50 | $78,895.97 |
| 12/22/2017 | 7,221 | $16.95 | $122,359.85 | held | 7,221 | $12.50 | $90,257.89 |
| 11/16/2017 | 3,101 | $16.65 | $51,616.15 | held | 3,101 | $12.50 | $38,760.52 |
| 11/07/2017 | 845 | $18.17 | $15,353.65 | held | 845 | $12.50 | $10,561.96 |
| 10/16/2017 | 10,132 | $17.82 | $180,552.24 | held | 10,132 | $12.50 | $126,643.53 |
| 09/28/2017 | 3,637 | $17.41 | $63,301.99 | held | 3,637 | $12.50 | $45,460.18 |
| 08/16/2017 | 3,231 | $17.11 | $55,280.15 | held | 3,231 | $12.50 | $40,385.44 |
| 07/31/2017 | 2,588 | $17.65 | $45,689.59 | 08/09/2017 | 2,588 | $17.56 | $45,441.14 |
| 07/31/2017 | 25,379 | $17.65 | $448,051.02 | held | 25,379 | $12.50 | $317,221.30 |
| 07/25/2017 | 7,381 | $17.96 | $132,585.64 | held | 7,381 | $12.50 | $92,257.79 |
| 07/24/2017 | 8,287 | $17.58 | $145,684.63 | held | 8,287 | $12.50 | $103,582.21 |
| 07/18/2017 | 6,672 | $17.98 | $119,932.54 | held | 6,672 | $12.50 | $83,395.74 |
| 07/14/2017 | 15,774 | $17.97 | $283,460.36 | held | 15,774 | $12.50 | $197,164.93 |
| 07/13/2017 | 7,618 | $17.84 | $135,899.79 | held | 7,618 | $12.50 | $95,220.14 |
| 07/11/2017 | 12,147 | $17.90 | $217,460.45 | held | 12,147 | $12.50 | $151,829.75 |
| 07/05/2017 | 3,979 | $17.63 | $70,156.53 | held | 3,979 | $12.50 | $49,734.96 |
| 06/30/2017 | 13,045 | $17.97 | $234,469.53 | held | 13,045 | $12.50 | $163,054.17 |
| 06/29/2017 | 6,511 | $17.72 | $115,369.06 | held | 6,511 | $12.50 | $81,383.34 |
| 06/28/2017 | 2,500 | $16.68 | $41,700.00 | held | 2,500 | $12.50 | $31,248.40 |
| 06/28/2017 | 33,371 | $17.12 | $571,458.35 | held | 33,371 | $12.50 | $417,116.20 |
| 06/27/2017 | 2,404 | $16.60 | $39,906.40 | held | 2,404 | $12.50 | $30,048.47 |
| 06/27/2017 | 15,092 | $16.50 | $249,030.07 | held | 15,092 | $12.50 | $188,640.37 |
| 06/26/2017 | 4,630 | $16.25 | $75,214.35 | held | 4,630 | $12.50 | $57,872.04 |
| 06/26/2017 | 34,625 | $16.31 | $564,782.23 | held | 34,625 | $12.50 | $432,790.40 |
| 06/23/2017 | 21,496 | $15.84 | $340,601.97 | held | 21,496 | $12.50 | $268,686.28 |

| Date | Units | Price | Amount | Status | Units | Price | Amount |
|---|---|---|---|---|---|---|---|
| 06/22/2017 | 11,327 | $15.20 | $172,147.75 | held | 11,327 | $12.50 | $141,580.27 |
| 06/21/2017 | 20,212 | $15.20 | $307,169.85 | held | 20,212 | $12.50 | $252,637.10 |
| 06/19/2017 | 6,004 | $16.01 | $96,099.42 | held | 6,004 | $12.50 | $75,046.17 |
| 06/16/2017 | 13,513 | $16.31 | $220,407.84 | held | 13,513 | $12.50 | $168,903.87 |
| 06/15/2017 | 20,656 | $15.91 | $328,612.17 | held | 20,656 | $12.50 | $258,186.82 |
| 06/15/2017 | 7,775 | $15.95 | $124,011.25 | held | 7,775 | $12.50 | $97,182.54 |
| 06/15/2017 | 9,748 | $15.88 | $154,768.02 | held | 9,748 | $12.50 | $121,843.78 |
| 06/15/2017 | 7,470 | $15.91 | $118,821.56 | held | 7,470 | $12.50 | $93,370.23 |
| 06/14/2017 | 7,955 | $16.21 | $128,936.23 | held | 7,955 | $12.50 | $99,432.42 |
| 06/01/2017 | 11,292 | $17.34 | $195,755.85 | held | 11,292 | $12.50 | $141,142.79 |
| 05/26/2017 | 2,754 | $18.06 | $49,746.88 | 05/31/2017 | 2,754 | $16.75 | $46,115.73 |
| 05/26/2017 | 11,868 | $18.06 | $214,377.62 | held | 11,868 | $12.50 | $148,342.42 |
| 05/25/2017 | 16,462 | $18.26 | $300,610.94 | held | 16,462 | $12.50 | $205,764.49 |
| 05/19/2017 | 1,676 | $18.37 | $30,795.83 | held | 1,676 | $12.50 | $20,948.93 |
| 05/17/2017 | 7,698 | $18.61 | $143,232.84 | held | 7,698 | $12.50 | $96,220.09 |
| 05/16/2017 | 6,241 | $18.82 | $117,431.28 | held | 6,241 | $12.50 | $78,008.52 |
| 05/12/2017 | 20,882 | $18.69 | $390,280.40 | held | 20,882 | $12.50 | $261,011.67 |
| 05/08/2017 | 2,539 | $17.58 | $44,639.43 | held | 2,539 | $12.50 | $31,735.88 |
| 05/01/2017 | 2,637 | $18.66 | $49,193.24 | held | 2,637 | $12.50 | $32,960.82 |
| 04/17/2017 | 2,651 | $18.60 | $49,295.35 | held | 2,651 | $12.50 | $33,135.81 |
| 03/31/2017 | 5,150 | $19.62 | $101,057.42 | 04/05/2017 | 5,150 | $19.49 | $100,347.75 |
| 03/31/2017 | 14,389 | $19.62 | $282,352.47 | held | 14,389 | $12.50 | $179,853.32 |
| 03/30/2017 | 4,842 | $19.34 | $93,662.68 | held | 4,842 | $12.50 | $60,521.91 |
| 03/29/2017 | 10,899 | $19.30 | $210,352.88 | held | 10,899 | $12.50 | $136,230.54 |
| 03/28/2017 | 1,962 | $18.59 | $36,463.77 | held | 1,962 | $12.50 | $24,523.75 |
| 03/27/2017 | 847 | $18.38 | $15,563.63 | held | 847 | $12.50 | $10,586.96 |
| 03/23/2017 | 7,518 | $18.52 | $139,255.16 | held | 7,518 | $12.50 | $93,970.20 |
| 03/22/2017 | 18,624 | $18.32 | $341,255.00 | held | 18,624 | $12.50 | $232,788.11 |
| 03/21/2017 | 23,612 | $18.50 | $436,767.69 | held | 23,612 | $12.50 | $295,134.93 |
| 03/20/2017 | 7,282 | $18.71 | $136,243.31 | held | 7,282 | $12.50 | $91,020.35 |
| 03/17/2017 | 17,359 | $18.94 | $328,857.58 | held | 17,359 | $12.50 | $216,976.42 |
| 03/16/2017 | 6,633 | $18.86 | $125,120.27 | held | 6,633 | $12.50 | $82,908.27 |
| 03/15/2017 | 13,465 | $18.66 | $251,224.58 | held | 13,465 | $12.50 | $168,303.91 |
| 03/14/2017 | 7,911 | $18.40 | $145,580.60 | held | 7,911 | $12.50 | $98,882.45 |
| 03/13/2017 | 7,796 | $18.70 | $145,823.40 | held | 7,796 | $12.50 | $97,445.02 |
| 03/10/2017 | 7,344 | $18.50 | $135,898.52 | held | 7,344 | $12.50 | $91,795.31 |
| 03/09/2017 | 32,242 | $18.57 | $598,582.40 | held | 32,242 | $12.50 | $403,004.42 |
| 03/08/2017 | 7,947 | $18.91 | $150,283.33 | held | 7,947 | $12.50 | $99,332.43 |
| 03/07/2017 | 6,852 | $19.24 | $131,840.02 | held | 6,852 | $12.50 | $85,645.63 |
| 03/06/2017 | 3,547 | $19.34 | $68,601.11 | held | 3,547 | $12.50 | $44,335.24 |
| 02/27/2017 | 3,832 | $18.96 | $72,648.21 | held | 3,832 | $12.50 | $47,897.55 |
| **Movant's Total** | **2,949,365** | | **$50,421,821.73** | | **2,949,365** | | **$38,308,792.05** | **($12,113,029.69)** |

*For units held at the end of the class period, losses are calculated by multiplying the units held by the average unit price during the 90 calendar days after the end of the class period. The price used is $12.50 as of January 21, 2020 per unit.

**For post-class period sales, either the actual price or the mean price (end of class period to the actual post-class sale price) will be used depending on which value is higher.

Merger units received has the closing price on 10/19/2018.

Prices listed are rounded up to two decimal places.

Movant's Purchases and Losses — Case 2:20-cv-00200-GAM Document 6-5 Filed 01/21/20 Page 5 of 6 — Energy Transfer LP (Q4 2019)

Class Period: 02/25/2017 - 11/11/2019

| Name | Date | Units Acquired | Price | Total Cost | Date | Units Sold | Price | Total Proceeds | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|---|
| **Public Employees Retirement Association of New Mexico** | 02/27/2017 | 3,832 | $18.96 | $72,648.21 | held | 2,949,365 | $12.50 | $36,865,179.93 | |
| | 03/06/2017 | 3,547 | $19.34 | $68,601.11 | | | | | |
| | 03/07/2017 | 6,852 | $19.24 | $131,840.02 | | | | | |
| | 03/08/2017 | 7,947 | $18.91 | $150,283.33 | | | | | |
| | 03/09/2017 | 32,242 | $18.57 | $598,582.40 | | | | | |
| | 03/10/2017 | 7,344 | $18.50 | $135,898.52 | | | | | |
| | 03/13/2017 | 7,796 | $18.70 | $145,823.40 | | | | | |
| | 03/14/2017 | 7,911 | $18.40 | $145,580.60 | | | | | |
| | 03/15/2017 | 13,465 | $18.66 | $251,224.58 | | | | | |
| | 03/16/2017 | 6,633 | $18.86 | $125,120.27 | | | | | |
| | 03/17/2017 | 17,359 | $18.94 | $328,857.58 | | | | | |
| | 03/20/2017 | 7,282 | $18.71 | $136,243.31 | | | | | |
| | 03/21/2017 | 23,612 | $18.50 | $436,767.69 | | | | | |
| | 03/22/2017 | 18,624 | $18.32 | $341,255.00 | | | | | |
| | 03/23/2017 | 7,518 | $18.52 | $139,255.16 | | | | | |
| | 03/27/2017 | 847 | $18.38 | $15,563.63 | | | | | |
| | 03/28/2017 | 1,962 | $18.59 | $36,463.77 | | | | | |
| | 03/29/2017 | 10,899 | $19.30 | $210,352.88 | | | | | |
| | 03/30/2017 | 4,842 | $19.34 | $93,662.68 | | | | | |
| | 03/31/2017 | 19,539 | $19.62 | $383,409.89 | | | | | |
| | 04/17/2017 | 2,651 | $18.60 | $49,295.35 | | | | | |
| | 05/01/2017 | 2,637 | $18.66 | $49,193.24 | | | | | |
| | 05/08/2017 | 2,539 | $17.58 | $44,639.43 | | | | | |
| | 05/12/2017 | 20,882 | $18.69 | $390,280.40 | | | | | |
| | 05/16/2017 | 6,241 | $18.82 | $117,431.28 | | | | | |
| | 05/17/2017 | 7,698 | $18.61 | $143,232.84 | | | | | |
| | 05/19/2017 | 1,676 | $18.37 | $30,795.83 | | | | | |
| | 05/25/2017 | 16,462 | $18.26 | $300,610.94 | | | | | |
| | 05/26/2017 | 14,622 | $18.06 | $264,124.50 | | | | | |
| | 06/01/2017 | 11,292 | $17.34 | $195,755.85 | | | | | |
| | 06/14/2017 | 7,955 | $16.21 | $128,936.23 | | | | | |
| | 06/15/2017 | 7,470 | $15.91 | $118,821.56 | | | | | |
| | 06/15/2017 | 9,748 | $15.88 | $154,768.02 | | | | | |
| | 06/15/2017 | 7,775 | $15.95 | $124,011.25 | | | | | |
| | 06/15/2017 | 20,656 | $15.91 | $328,612.17 | | | | | |
| | 06/16/2017 | 13,513 | $16.31 | $220,407.84 | | | | | |
| | 06/19/2017 | 6,004 | $16.01 | $96,099.42 | | | | | |
| | 06/21/2017 | 20,212 | $15.20 | $307,169.85 | | | | | |
| | 06/22/2017 | 11,327 | $15.20 | $172,147.75 | | | | | |
| | 06/23/2017 | 21,496 | $15.84 | $340,601.97 | | | | | |
| | 06/26/2017 | 34,625 | $16.31 | $564,782.23 | | | | | |
| | 06/26/2017 | 4,630 | $16.25 | $75,214.35 | | | | | |
| | 06/27/2017 | 15,092 | $16.50 | $249,030.07 | | | | | |
| | 06/27/2017 | 2,404 | $16.60 | $39,906.40 | | | | | |
| | 06/28/2017 | 33,371 | $17.12 | $571,458.35 | | | | | |
| | 06/28/2017 | 2,500 | $16.68 | $41,700.00 | | | | | |
| | 06/29/2017 | 6,511 | $17.72 | $115,369.06 | | | | | |
| | 06/30/2017 | 13,045 | $17.97 | $234,469.53 | | | | | |
| | 07/05/2017 | 3,979 | $17.63 | $70,156.53 | | | | | |
| | 07/11/2017 | 12,147 | $17.90 | $217,460.45 | | | | | |
| | 07/13/2017 | 7,618 | $17.84 | $135,899.79 | | | | | |
| | 07/14/2017 | 15,774 | $17.97 | $283,460.36 | | | | | |

| Date | Units | Price | Amount |
|---|---|---|---|
| 07/18/2017 | 6,672 | $17.98 | $119,932.54 |
| 07/24/2017 | 8,287 | $17.58 | $145,684.63 |
| 07/25/2017 | 7,381 | $17.96 | $132,585.64 |
| 07/31/2017 | 27,967 | $17.65 | $493,740.60 |
| 08/16/2017 | 3,231 | $17.11 | $55,280.15 |
| 09/28/2017 | 3,637 | $17.41 | $63,301.99 |
| 10/16/2017 | 10,132 | $17.82 | $180,552.24 |
| 11/07/2017 | 845 | $18.17 | $15,353.65 |
| 11/16/2017 | 3,101 | $16.65 | $51,616.15 |
| 12/22/2017 | 7,221 | $16.95 | $122,359.85 |
| 01/03/2018 | 6,312 | $17.92 | $113,111.04 |
| 01/10/2018 | 1,469 | $17.32 | $25,440.44 |
| 01/19/2018 | 1,091 | $17.84 | $19,457.99 |
| 02/08/2018 | 3,101 | $17.13 | $53,126.02 |
| 02/15/2018 | 225 | $17.46 | $3,927.38 |
| 02/27/2018 | 7,118 | $16.16 | $114,991.29 |
| 03/12/2018 | 14,098 | $15.55 | $219,185.84 |
| 03/15/2018 | 49,284 | $14.37 | $708,270.22 |
| 04/16/2018 | 1,784 | $14.95 | $26,661.88 |
| 04/30/2018 | 13,307 | $15.69 | $208,786.83 |
| 05/23/2018 | 51 | $17.17 | $875.42 |
| 05/25/2018 | 2,186 | $16.72 | $36,538.99 |
| 08/21/2018 | 10,832 | $18.29 | $198,063.12 |
| 10/19/2018 (merger) | 2,159,739 | $17.06 | $36,845,147.34 |
| 11/15/2018 | 302 | $14.77 | $4,459.03 |
| 12/24/2018 | 3,959 | $12.07 | $47,765.34 |
| 01/29/2019 | 8,455 | $14.37 | $121,539.78 |
| 09/25/2019 | 12,973 | $13.17 | $170,789.55 |
| **Movant's Total** | **2,949,365** | | **$50,421,821.73** | 2,949,365 | $36,865,179.93 | ($13,556,641.81) |

*For units held at the end of the class period, losses are calculated by multiplying the units held by the average unit price
 during the 90 calendar days after the end of the class period.  The price used is $12.50 as of January 21, 2020 per unit.

Merger units received has the closing price on 10/19/2018.

Prices listed are rounded up to two decimal places.