# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALLEGHENY COUNTY EMPLOYEES' RETIREMENT SYSTEM, Individually and On Behalf of All Others Similarly Situated,<br><br>                                    Plaintiff,<br><br>v.<br><br>ENERGY TRANSFER LP, KELCY L. WARREN, JOHN W. MCREYNOLDS, and THOMAS E. LONG,<br><br>        Defendants. | Case No. 2:20-cv-00200-GAM<br><br>CLASS ACTION<br><br>ELECTRONICALLY FILED |

**NOTICE OF NON-OPPOSITION OF EL PASO FIREMEN & POLICEMEN'S PENSION FUND, HOUSTON MUNICIPAL EMPLOYEES PENSION SYSTEM, POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT, AND GENERAL RETIREMENT SYSTEM OF THE CITY OF DETROIT TO COMPETING MOTIONS**

El Paso Firemen & Policemen's Pension Fund, Houston Municipal Employees Pension System, Police and Fire Retirement System of the City of Detroit, and General Retirement System of the City of Detroit (together, the "Public Pension Funds") respectfully submit this notice of non-opposition with respect to the pending motions for appointment as Lead Plaintiff and approval of selection of Lead Counsel.

On January 21, 2020, the Public Pension Funds filed a motion seeking to be appointed Lead Plaintiff and have its counsel appointed as Lead Counsel in the above-captioned action (the "Action").  *See* ECF No. 3.  Based upon a review of the motions and supporting documentation provided by the other movants seeking appointment as Lead Plaintiff, it appears that the Public Pension Funds do not possess the "largest financial interest in the relief sought by the class," as required by the Private Securities Litigation Reform Act of 1995.  15 U.S.C. § 78u-4(a)(3)(B)(iii)(I)(bb).

However, were the Court to determine that the other movants seeking appointment as Lead Plaintiff are incapable or inadequate to represent the Class in this litigation, the Public Pension Funds stand ready, willing, and able to serve as Lead Plaintiff in the Action.  The Public Pension Funds reserve any and all rights to participate in any recovery in the Action.

Dated: February 4, 2020

Respectfully submitted,

**GOLDMAN, SCARLATO & PENNY P.C.**

*/s/ Mark S. Goldman*
Mark S. Goldman (PA #48049)
8 Tower Bridge, Suite 1025
161 Washington Street
Conshohocken, Pennsylvania 19428
Telephone: (484) 342-0700
Facsimile: (484) 580-8747
goldman@lawgsp.com

*Liaison Counsel for the Public
Pension Funds*

**LABATON SUCHAROW LLP**
Christopher J. Keller
Eric J. Belfi
Francis P. McConville
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
ckeller@labaton.com
ebelfi@labaton.com
fmcconville@labaton.com

*Counsel for El Paso Firemen &
Policemen's Pension Fund, Houston
Municipal Employees Pension
System, and Police and Fire
Retirement System of the City of
Detroit*

**ABRAHAM, FRUCHTER &
TWERSKY, LLP**
Mitchell M.Z. Twersky
Atara Hirsch
Ian D. Berg
One Penn Plaza, Suite 2805
New York, New York 10119
Telephone: (212) 279-5050
Facsimile: (212) 279-3655
mtwersky@aftlaw.com
ahirsch@aftlaw.com
iberg@aftlaw.com

*Counsel for General Retirement
System of the City of Detroit*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify under penalty of perjury that on February 4, 2020, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

**GOLDMAN, SCARLATO &
PENNY P.C.**

*/s/ Mark S. Goldman*
Mark S. Goldman (PA #48049)
8 Tower Bridge, Suite 1025
161 Washington Street
Conshohocken, Pennsylvania 19428
Telephone: (484) 342-0700
Facsimile: (484) 580-8747
goldman@lawgsp.com

*Liaison Counsel for the Public
Pension Funds*

# Mailing Information for a Case 2:20-cv-00200-GAM ALLEGHENY COUNTY EMPLOYEES' RETIREMENT SYSTEM v. EMERGY TRANSFER LP et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **JAMES M. FICARO**
  jmf@weiserlawfirm.com,hl@weiserlawfirm.com

- **JACOB A. GOLDBERG**
  jgoldberg@rosenlegal.com,etexidor@rosenlegal.com

- **ROBERT A. HOFFMAN**
  rhoffman@barrack.com,cbowers@barrack.com,bfleischer@barrack.com

- **LAWRENCE F. STENGEL**
  lfs@saxtonstump.com,gas@saxtonstump.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)