# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALLEGHENY COUNTY EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, | : : : : | CIVIL ACTION No. 20-00200 |
| Plaintiff, | : : | |
| v. | : : | |
| ENERGY TRANSFER LP, et al., | : : | |
| Defendants. | : | |

## ORDER

This 18th day of February, 2020, upon consideration of both the Institutional Investor Group's and New Mexico's Motions for Appointment of Lead Plaintiff and Lead Counsel, ECF 4 and ECF 6, and for the reasons stated in the accompanying Memorandum Opinion, it is **ORDERED** that the Institutional Investor Group's Motion is **GRANTED** and New Mexico's Motion is **DENIED**.

      /s/ Gerald Austin McHugh
Gerald Austin McHugh
United States District Court Judge