IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALLEGHENY COUNTY EMPLOYEES RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated | : : : : : | |
| v. | : : | CIVIL ACTION NO. 20-200 |
| ENERGY TRANSFER, LP, KELCY L. WARREN, JOHN W. MCREYNOLDS, and THOMAS E. LONG | : : : | |

**ORDER**

This 20th day of March, 2020, it is hereby **ORDERED** that the application of Adam Wierzbowski, Esquire, to practice in this Court pursuant to Local Rule of Civil Procedure 83.5.2(b) is **GRANTED**.

    /s/ Gerald Austin McHugh
United States District Judge