# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALLEGHENY COUNTY EMPLOYEES' RETIREMENT SYSTEM, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ENERGY TRANSFER LP, KELCY L. WARREN, JOHN W. MCREYNOLDS, and THOMAS E. LONG,<br><br>Defendants. | CIVIL ACTION<br>No. 20-200 |

## ORDER

This 16th day of April, 2020, is hereby **ORDERED** that Defendants' Motion to Transfer (ECF 19) is **DENIED**.

    /s/ Gerald Austin McHugh
Gerald Austin McHugh
United States District Judge