## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALLEGHENY COUNTY EMPLOYEES' RETIREMENT SYSTEM, Individually and And On Behalf of All Others Similarly Situated, | ) ) ) ) | Case No. 2:20-cv-00200-GAM |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| ENERGY TRANSFER LP, KELCY L. WARREN, JOHN W. MCREYNOLDS, and THOMAS E. LONG, | ) ) ) ) | |
| Defendants. | ) ) | |

## JOINT STIPULATION AND [PROPOSED]
## CASE SCHEDULING ORDER NUMBER 2

Lead Plaintiff, consisting of the Allegheny County Employees' Retirement System, Employees' Retirement System of the City of Baton Rouge and Parish of East Baton Rouge, Denver Employees Retirement Plan, IAM National Pension Fund, and Iowa Public Employees' Retirement System (collectively, "Lead Plaintiff") and Defendants Energy Transfer LP, Kelcy L. Warren, John W. McReynolds, and Thomas E. Long ("Defendants" and collectively with Lead Plaintiff, the "Parties"), hereby jointly stipulate and propose as follows:

1.      WHEREAS, on March 5, 2020, this Court entered Joint Stipulation and Case Scheduling Order Number 1 establishing, among other things, a deadline for Lead Plaintiff's filing of the Operative Complaint and a briefing schedule on any motion(s) to dismiss the Operative Complaint that may be filed by Defendants;

2.      WHEREAS, Scheduling Order Number 1 was entered before a disaster emergency was declared in the Commonwealth of Pennsylvania due to the threat posed by COVID-19 and

similar disaster emergencies have been declared in States where counsel in this case who reside outside the Commonwealth of Pennsylvania are located; and

3.      WHEREAS, in light of the present circumstances, the Parties believe that adjustments to Scheduling Order No. 1 would be appropriate;

IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, subject to the Court's approval, as follows:

1.      Lead Plaintiff shall file its Operative Complaint by June 15, 2020;

2.      Defendants shall answer, move to dismiss, or otherwise respond to the Operative Complaint on or before August 14, 2020;

3.      If Defendants file one or more motions to dismiss the Operative Complaint, Lead Plaintiff shall file its response in opposition to the dismissal motion or motions on or before October 5, 2020;

4.      In the event Defendants file a motion or motions to dismiss, Defendants shall file their reply or replies on or before October 20, 2020.

5.      Lead Plaintiff and Defendants reserve all rights and do not waive any rights through this stipulation, including their rights to seek adjournments or to seek amendments to any page limitations that would apply to any briefs contemplated by this stipulation, or further extensions of the above deadlines for good cause or as may be needed by future developments.

Dated: April 29, 2020

**BARRACK, RODOS & BACINE**

/s/ Jeffrey W. Golan
Jeffrey W. Golan
Robert A. Hoffman
Jeffrey A. Barrack
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Tel: (215) 963-0600
Fax: (215) 963-0838 jgolan@barrack.com
rhoffman@barrack.com
jbarrack@barrack.com

**BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP**

John C. Browne (*pro hac vice*)
Adam H. Wierzbowski (*pro hac vice*)
Michael Mathai (*pro hac vice*)
Matthew Hough (*pro hac vice*)
1251 Avenue of the Americas
New York, NY 10020
Tel: (212) 554-1400
Fax: (212) 554-1444
johnb@blbglaw.com
adam@blbglaw.com
michael.mathai@blbglaw.com
matthew.hough@blblglaw.com

**YOUNG CONAWAY STARGATT &
TAYLOR, LLP**

/s/ Curtis J. Crowther
Curtis J. Crowther
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Tel: (302) 576-6600
Fax: (302) 571-1253
ccrowther@ycst.com

**VINSON & ELKINS LLP**
Michael C. Holmes
Jeffrey S. Johnston
Robert Ritchie
William S. Stripling
2001 Ross Ave., Suite 3900
Dallas, TX 75201
Tel: (214) 220-7700
Fax: (214) 999-7923
mholmes@velaw.com
jjohnston@velaw.com
rritchie@velaw.com

*Counsel for Defendants*

**IT IS SO ORDERED:**

DATED: May 1, 2020 _____

/s/ Gerald Austin McHugh
HONORABLE GERALD A. MCHUGH
UNITED STATES DISTRICT JUDGE