IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALLEGHENY COUNTY EMPLOYEES' RETIREMENT SYSTEM, EMPLOYEES' RETIREMENT SYSTEM OF THE CITY OF BATON ROUGE AND PARISH OF EAST BATON ROUGE, DENVER EMPLOYEES RETIREMENT PLAN, INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS NATIONAL PENSION FUND, and IOWA PUBLIC EMPLOYEES' RETIREMENT SYSTEM, Individually and On Behalf of All Others Similarly Situated, <br><br>　　　　　　　　　　Plaintiffs, <br><br>　　　　v. <br><br>ENERGY TRANSFER LP, KELCY L. WARREN, JOHN W. MCREYNOLDS, THOMAS E. LONG, MARSHALL MCCREA, MATTHEW S. RAMSEY, MICHAEL J. HENNIGAN, and JOSEPH MCGINN, <br><br>　　　　　　　　　　Defendants. | Case No. 2:20-cv-00200-GAM |

## UNOPPOSED MOTION TO TERMINATE ADMISSION OF COUNSEL PRO HAC VICE

Plaintiffs, by and through the undersigned counsel, hereby move to terminate admission as counsel *pro hac vice* for Mathew Hough, Esquire.

1.　　Counsel was admitted via *pro hac vice* to represent Plaintiffs in the above-captioned matter. This Court entered an Order granting admission *pro hac vice* to applicant Mathew Hough on March 20, 2020. Dkt. No. 29. Counsel for Plaintiffs Jeffrey W. Golan sponsored the Application for Admission *Pro Hac Vice*. Dkt. No. 24.

2.Mathew Hough is no longer practicing with Bernstein Litowitz Berger & Grossmann LLP, and therefore will no longer represent Plaintiffs in this matter.

3.Plaintiffs will continue to be represented by Jeffrey W. Golan, Esquire and the other counsel of record at Barrack, Rodos & Bacine and at Bernstein Litowitz Berger & Grossmann LLP.

4.Pursuant to L.R.Civ.P. 7.1, the undersigned counsel certifies that this motion is unopposed.

Dated:  August 31, 2020Respectfully submitted,

**BARRACK, RODOS & BACINE**

By: */s/ Jeffrey W. Golan*
Jeffrey W. Golan
Robert A. Hoffman
Jeffrey A. Barrack
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Telephone: (215) 963-0600
Facsimile: (215) 963-0838
jgolan@barrack.com
rhoffman@barrack.com
jbarrack@barrack.com

*Counsel for Plaintiffs*