**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ALLEGHENY COUNTY EMPLOYEES' RETIREMENT SYSTEM *INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED* :  :  :  :  :  :  v.                                                                  :  :  ENERGY TRANSFER LP, ET AL.            : | CIVIL ACTION NO. 20-200 |

**ORDER**

This 11th day of February, 2021, it is hereby **ORDERED** that a telephonic oral argument is scheduled for Friday, **February 26, 2021**, at **10:00 a.m.**  The call-in information is as follows:

Dial-In Number: 571-353-2300

Conference Code: 761334280#

Counsel should be on the line at least five minutes prior to the start of the oral argument.

        /s/ Gerald Austin McHugh
United States District Judge