IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Allegheny County Employees' Retirement System, et al.<br><br>v.<br><br>Energy Transfer LP, et al | Civil Action<br><br>No.: 2:20-cv-00200-GAM |

ORDER

AND NOW, this 25th day of February 20 21, it is hereby

ORDERED that the application of Craig E. Zieminski, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

[X] GRANTED.[1]

[ ] DENIED.

/s/ Gerald Austin McHugh
, J.

---

[1] This Court's Local Civil Rules require attorneys, including those admitted pro hac vice, to complete the registration process for the Court's ECF system. Instructions and forms are available on the Court website.