**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ALLEGHENY COUNTY** | : | |
| **EMPLOYEES' RETIREMENT** | : | |
| **SYSTEM ET AL.** | : | |
| **v.** | : | **CIVIL ACTION NO. 20-200** |
| | : | |
| **ENERGY TRANSFER LP ET AL** | : | |

**ORDER**

This 6th day of April, 2021, for the reasons in the accompanying Memorandum, it is hereby

**ORDERED** that Defendants' Motion to Dismiss (ECF 44) is **GRANTED in part and DENIED in part**, as follows.

The following statements are dismissed from the Amended Complaint (ECF 43) to the extent that they purport to allege actionable statements:

- Am. Compl. ¶ 332 (entire paragraph)
- Am. Compl. ¶ 334 (entire paragraph)
- Am. Compl. ¶ 336 (entire paragraph)
- Am. Compl. ¶ 338 (entire paragraph)
- Am. Compl. ¶ 340 (statements made on August 16, 2017 and September 6, 2017)
- Am. Compl. ¶ 353 (entire paragraph)
- Am. Compl. ¶ 358 (entire paragraph)
- Am. Compl. ¶ 366 (entire paragraph)
- Am. Compl. ¶ 370 (entire paragraph)
- Am. Compl. ¶ 372 (entire paragraph)
- Am. Compl. ¶ 373 (entire paragraph)
- Am. Compl. ¶ 374 (entire paragraph)
- Am. Compl. ¶ 375 (entire paragraph)
- Am. Compl. ¶ 379 (entire paragraph)
- Am. Compl. ¶ 386 (entire paragraph)
- Am. Compl. ¶ 387 (entire paragraph)
- Am. Compl. ¶ 389 (entire paragraph)
- Am. Compl. ¶ 391 (entire paragraph)
- Am. Compl. ¶ 392 (entire paragraph)
- Am. Compl. ¶ 393 (entire paragraph)
- Am. Compl. ¶ 396 (entire paragraph)
- Am. Compl. ¶ 397 (entire paragraph)

The paragraphs set forth above remain as relevant factual context for other, actionable statements set forth in the Amended Complaint.

It is further **ORDERED** that claims against Defendants John W. McReynolds, Michael J. Hennigan and Joseph McGinn are **DISMISSED without prejudice.**

_____/s/ Gerald Austin McHugh_____
United States District Judge