UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALLEGHENY COUNTY EMPLOYEES' RETIREMENT SYSTEM, EMPLOYEES' RETIREMENT SYSTEM OF THE CITY OF BATON ROUGE AND PARISH OF EAST BATON ROUGE, DENVER EMPLOYEES RETIREMENT PLAN, INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS NATIONAL PENSION FUND, and IOWA PUBLIC EMPLOYEES' RETIREMENT SYSTEM, Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiffs,<br><br>      v.<br><br>ENERGY TRANSFER LP, KELCY L. WARREN, THOMAS E. LONG, MARSHALL MCCREA, and MATTHEW S. RAMSEY,<br><br>        Defendants. | Case No. 2:20-cv-00200-GAM |

## JOINT PROPOSED STIPULATION

Lead Plaintiffs Allegheny County Employees' Retirement System, Employees' Retirement System of the City of Baton Rouge and Parish of East Baton Rouge, Denver Employees Retirement Plan, IAM National Pension Fund, and Iowa Public Employees' Retirement System (collectively, "Lead Plaintiffs") and Defendants Energy Transfer LP, Kelcy L. Warren, Thomas E. Long, Marshall McCrea, and Matthew S. Ramsey ("Defendants" and collectively with Lead Plaintiffs, the "Parties"), hereby jointly stipulate and agree as follows:

WHEREAS, on April 6, 2021, the Court denied in part and granted in part Defendants' Motion to Dismiss Operative Class Action Complaint for Violation of the Federal Securities Laws (*See* Dkt. Nos. 64-65);

WHEREAS, the time for Defendants to answer the Operative Class Action Complaint for Violation of the Federal Securities Laws (the "Complaint") is set for April 20, 2021;

WHEREAS, Defendants and Lead Plaintiffs have agreed to an extension of time for Defendants to answer the Complaint; and

WHEREAS, no previous request has been made for an extension of time for Defendants to answer the Complaint;

IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, that:

1. Defendants' time to answer the Complaint is extended by 45 days through and including June 4, 2021.

2. Except as expressly agreed herein, (a) the extension of Defendants' time to answer the Complaint shall not affect the Parties' ability to commence discovery and (b) the Parties otherwise reserve all rights.

**IT IS SO ORDERED:**

DATED:   4/14/21                                   /s/ Gerald Austin McHugh
                                                   THE HONORABLE GERALD A. MCHUGH
                                                   UNITED STATES DISTRICT JUDGE

Dated: April 14, 2021

| **BARRACK, RODOS & BACINE** | **MORGAN, LEWIS & BOCKIUS LLP** |
|---|---|
| */s/ Jeffrey W. Golan w/p* | */s/ Laura H. McNally* |
| Jeffrey W. Golan | Marc J. Sonnenfeld |
| Robert A. Hoffman | Karen Pieslak Pohlman |
| Jeffrey A. Barrack | Laura H. McNally |
| Chad A. Carder | Amanda F. Lashner |
| Meghan J. Talbot | 1701 Market Street |
| 3300 Two Commerce Square | Philadelphia, PA 19103-2921 |
| 2001 Market Street | Tel: (215) 963-5000 |
| Philadelphia, PA 19103 | Fax: (215) 963-5001 |
| Tel: (215) 963-0600 | marc.sonnenfeld@morganlewis.com |
| Fax: (215) 963-0838 | karen.pohlmann@morganlewis.com |
| jgolan@barrack.com | laura.mcnally@morganlewis.com |
| rhoffman@barrack.com | amanda.lashner@morganlewis.com |
| jbarrack@barrack.com | |
| ccarder@barrack.com | **VINSON & ELKINS LLP** |
| mtalbot@barrack.com | |
| | Michael C. Holmes* |
| **BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP** | Craig E. Zieminski* |
| | Robert Ritchie* |
| | 2001 Ross Ave., Suite 3900 |
| John C. Browne* | Dallas, TX 75201 |
| Adam H. Wierzbowski* | Tel: (214) 220-7700 |
| Michael M. Mathai* | Fax: (214) 999-7923 |
| James M. Fee* | mholmes@velaw.com |
| 1251 Avenue of the Americas | czieminski@velaw.com |
| New York, NY 10020 | rritchie@velaw.com |
| Tel: (212) 554-1400 | **\***admitted pro hac vice |
| Fax: (212) 554-1444 | |
| johnb@blbglaw.com | *Counsel for Defendants* |
| adam@blbglaw.com | |
| michael.mathai@blbglaw.com | |
| James.Fee@blbglaw.com | |
| **\****admitted pro hac vice* | |
| | |
| *Counsel for Lead Plaintiffs* | |

3