UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALLEGHENY COUNTY EMPLOYEES' RETIREMENT SYSTEM, EMPLOYEES' RETIREMENT SYSTEM OF THE CITY OF BATON ROUGE AND PARISH OF EAST BATON ROUGE, DENVER EMPLOYEES RETIREMENT PLAN, INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS NATIONAL PENSION FUND, and IOWA PUBLIC EMPLOYEES' RETIREMENT SYSTEM, Individually and On Behalf of All Others Similarly Situated,<br><br>                            Plaintiffs,<br><br>                   v.<br><br>ENERGY TRANSFER LP, KELCY L. WARREN, THOMAS E. LONG, MARSHALL MCCREA, and MATTHEW S. RAMSEY,<br><br>                            Defendants. | Case No. 2:20-cv-00200-GAM |

## JOINT STIPULATION

Lead Plaintiffs Allegheny County Employees' Retirement System, Employees' Retirement System of the City of Baton Rouge and Parish of East Baton Rouge, Denver Employees Retirement Plan, IAM National Pension Fund, and Iowa Public Employees' Retirement System (collectively, "Lead Plaintiffs") and Defendants Energy Transfer LP, Kelcy L. Warren, Thomas E. Long, Marshall McCrea, and Matthew S. Ramsey ("Defendants" and collectively with Lead Plaintiffs, the "Parties"), hereby jointly stipulate and agree as follows:

WHEREAS, on April 6, 2021, the Court denied in part and granted in part Defendants' Motion to Dismiss Operative Class Action Complaint for Violation of the Federal Securities Laws (*See* Dkt. Nos. 64-65);

WHEREAS, the time for Defendants to answer the Operative Class Action Complaint for Violation of the Federal Securities Laws (the "Complaint") was initially set for April 20, 2021;

WHEREAS, on April 14, 2021, the Court entered an order based on a Joint Stipulation of the Parties extending this deadline to answer the Complaint until June 4, 2021 (*See* Dkt. No. 67);

WHEREAS, Defendants have requested and Lead Plaintiffs have agreed to a further extension of time for Defendants to answer the Complaint; and

IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, that:

1. Defendants' time to answer the Complaint is extended by seven days through and including June 11, 2021.

2. Except as expressly agreed herein, (a) the extension of Defendants' time to answer the Complaint shall not affect the Parties' ability to commence discovery and (b) the Parties otherwise reserve all rights.

**IT IS SO ORDERED:**

DATED:   June 2, 2021              /s/ Gerald Austin McHugh
                                   THE HONORABLE GERALD A. MCHUGH
                                   UNITED STATES DISTRICT JUDGE

Dated: June 2, 2021

| **BARRACK, RODOS & BACINE** | **MORGAN, LEWIS & BOCKIUS LLP** |
|---|---|
| */s/ Jeffrey W. Golan w/p* | */s/ Robert Ritchie* |
| Jeffrey W. Golan | Marc J. Sonnenfeld |
| Robert A. Hoffman | Karen Pieslak Pohlman |
| Jeffrey A. Barrack | Laura H. McNally |
| 3300 Two Commerce Square | Amanda F. Lashner |
| 2001 Market Street | 1701 Market Street |
| Philadelphia, PA 19103 | Philadelphia, PA 19103-2921 |
| Tel: (215) 963-0600 | Tel: (215) 963-5000 |
| Fax: (215) 963-0838 | Fax: (215) 963-5001 |
| jgolan@barrack.com | marc.sonnenfeld@morganlewis.com |
| rhoffman@barrack.com | karen.pohlmann@morganlewis.com |
| jbarrack@barrack.com | laura.mcnally@morganlewis.com |
|  | amandalashner@morganlewis.com |
| **BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP** | **VINSON & ELKINS LLP** |
|  | Michael C. Holmes* |
| John C. Browne | Craig E. Zieminski* |
| Adam H. Wierzbowski | Robert Ritchie * |
| Michael M. Mathai | 2001 Ross Ave., Suite 3900 |
| 1251 Avenue of the Americas | Dallas, TX 75201 |
| New York, NY 10020 | Tel: (214) 220-7700 |
| Tel: (212) 554-1400 | Fax: (214) 999-7923 |
| Fax: (212) 554-1444 | mholmes@velaw.com |
| johnb@blbglaw.com | jjohnston@velaw.com |
| adam@blbglaw.com | czieminski@velaw.com |
| michael.mathai@blbglaw.com | rritchie@velaw.com |
| *Counsel for Lead Plaintiffs* | *Counsel for Defendants*<br>*\*Admitted Pro Hac Vice* |

3