### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ALLEGHENY COUNTY EMPLOYEES' RETIREMENT SYSTEM** *INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED* | : : : : : : |
| v. | : **CIVIL ACTION NO. 20-200** |
| **ENERGY TRANSFER LP, ET AL.** | : |

### ORDER

This 14th day of June, 2021, it is hereby **ORDERED** that counsel shall meet and confer and present to the Court a proposed Case Management Order on or before **July 6, 2021**.

                                                    /s/ Gerald Austin McHugh
                                                United States District Judge