BCO-119                                                      September 30, 2022
<u>UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT</u>

C.A. No. <u>22-8045</u>

ALLEGHENY COUNTY EMPLOYEES RETIREMENT
SYSTEM, INDIVIDUALLY AND ON BEHALF OF
ALL OTHERS SIMILARLY SITUATED

      v.

ENERGY TRANSFER LP; KELCY L. WARREN;
JOHN W. McREYNOLDS; THOMAS E. LONG;
MARSHALL S. McCREA, III; MATTHEW S. RAMSEY,
                                   Petitioners

      (E.D. Pa. No. 2:20-cv-00200)

Present:   McKEE*, SHWARTZ, and BIBAS, <u>Circuit Judges</u>

     Submitted are

       (1) Petition for Leave to Appeal pursuant to Fed. R. Civ. P. 23(f) filed by
           Petitioners Energy Transfer LP, Thomas E. Long, Marshall S. McCrea, III,
           John W. McReynolds, Matthew S. Ramsey, Kelcy L. Warren; and

       (2) Response filed by Respondent Allegheny County Employees Retirement
           System to Petition for Leave to Appeal pursuant to Fed. R. Civ. P. 23(f)

     in the above-captioned case.

                                   Respectfully,

                                   Clerk

_____ORDER_____
   The foregoing petition is denied.

_____
* Judge McKee assumed senior status on October 21, 2022.

By the Court,

s/Stephanos Bibas
Circuit Judge

Dated: October 24, 2022
Lmr/cc: All Counsel of Record

A **True Copy:**

Patricia S. Dodszuweit, Clerk