IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALLEGHENY COUNTY EMPLOYEES' RETIREMENT SYSTEM et al., | : : : | CIVIL ACTION No. 20-200 |
| Plaintiffs, | : | |
| v. | : : | |
| ENERGY TRANSFER LP et al., | : : | |
| Defendants. | : | |

## ORDER

This 30th day of November, 2022, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Plaintiffs' Motion to Compel, ECF 115, is **GRANTED in part** and **DENIED in part**, as follows:

Plaintiffs' Motion is **GRANTED** regarding the following categories of documents previously produced to the Chester County District Attorney:

(1) Documents regarding sinkholes or other geological anomalies on Lisa Drive in West Whiteland Township, Pennsylvania, related to Mariner 1, 2, and/or 2X pipelines;

(2) Documents related to water contamination in Chester County, Pennsylvania, related to Mariner 1, 2, and/or 2X pipelines; and

(3) Documents related to an explosion in Beaver County in September 2018 involving the Revolution Pipeline (an earlier pipeline operated by Energy Transfer), including all documents analyzing the risks and consequences of explosions involving natural gas pipelines.

Plaintiff's Motion is further **GRANTED** regarding documents previously produced to the Pennsylvania Attorney General and Delaware County District Attorney related to the September 2018 explosion involving the Revolution Pipeline.

2

Defendants shall therefore produce the four sets of documents identified within 30 days of this Order.

Plaintiffs' Motion is otherwise **DENIED.**

/s/ Gerald Austin McHugh
United States District Judge
