# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALLEGHENY COUNTY EMPLOYEES' RETIREMENT SYSTEM et al., | : : | |
| Plaintiffs, | : | CIVIL ACTION |
| v. | : | No. 20-200 |
| | : | |
| ENERGY TRANSFER LP et al., | : | |
| Defendants. | : | |

## ORDER

This 11th day of December, 2023, having been informed by Plaintiffs' counsel that the parties have reached a resolution of the expert discovery dispute, it is hereby **ORDERED** that Plaintiffs' Expedited Motion to Compel (ECF 174) is **DENIED** as **MOOT**.

     /s/ Gerald Austin McHugh
United States District Judge