IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALLEGHENY COUNTY EMPLOYEES' RETIREMENT SYSTEM, EMPLOYEES' RETIREMENT SYSTEM OF THE CITY OF BATON ROUGE AND PARISH OF EAST BATON ROUGE, DENVER EMPLOYEES RETIREMENT PLAN, INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS NATIONAL PENSION FUND, and IOWA PUBLIC EMPLOYEES' RETIREMENT SYSTEM, Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>ENERGY TRANSFER LP, KELCY L. WARREN, THOMAS E. LONG, MARSHALL MCCREA, and MATTHEW S. RAMSEY,<br><br>        Defendants. | Case No. 2:20-cv-00200-GAM |

**ORDER GRANTING DEFENDANTS' UNCONTESTED MOTION TO FILE UNDER SEAL**

AND NOW, this 22nd day of January 2024, upon consideration of Defendants' Uncontested Motion to File Under Seal, it is hereby ORDERED that the Motion is GRANTED, and Defendants are granted leave to file the unredacted version of Defendants' Memorandum of Law in Support of Defendants' Motion for Summary Judgment and Exhibits 7, 12, 22, 24, 37, 43, 51, 52, 57, 58, 61, 68, 72, 73, 76, 77, 81, 82, 83, 86, 90, 94, 97, 98, 99, 102, 103, 105, 107, 108, 109, 110, 111, 112, 113, 114, 117, 119, 121, 122, 124, 125, 127 to the Declaration of Colin B. Davis in Support of Defendants' Motion for Summary Judgment under seal, and the

clerk is directed to file these documents under seal in accordance with this Order.

BY THE COURT:

/s/ Gerald Austin McHugh<br>The Hon. Gerald A. McHugh<br>United States District Judge