IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALLEGHENY COUNTY EMPLOYEES' RETIREMENT SYSTEM, EMPLOYEES' RETIREMENT SYSTEM OF THE CITY OF BATON ROUGE AND PARISH OF EAST BATON ROUGE, DENVER EMPLOYEES RETIREMENT PLAN, INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS NATIONAL PENSION FUND, and IOWA PUBLIC EMPLOYEES' RETIREMENT SYSTEM, Individually and On Behalf of All Others Similarly Situated,<br><br>      Plaintiffs,<br><br>  v.<br><br>ENERGY TRANSFER LP, KELCY L. WARREN, THOMAS E. LONG, MARSHALL MCCREA, and MATTHEW S. RAMSEY,<br><br>      Defendants. | Case No. 2:20-cv-00200-GAM |

**ORDER GRANTING LEAD PLAINTIFFS' UNOPPOSED
MOTION TO FILE DOCUMENTS UNDER SEAL**

AND NOW, this <u> 4th </u> day of <u> March </u>, 2024, upon consideration of Lead Plaintiffs' Unopposed Motion to File Documents Under Seal, it is hereby ORDERED that the Motion is GRANTED, and Lead Plaintiffs may file their unredacted (i) Opposition to Defendants' Motion for Summary Judgment, (ii) Declaration of Adam H. Wierzbowski ("Declaration"), and (iii) Exhibits 121-134, 136, 138-144, 148-152, 155-184, 186-194, 196-206, 209-213, 215-239,

-2-

242, 245, 247-253, 256, 259, 261-267, 269-281, 283-294, 296-307, 309-334, 341-356, and 360-363 to the Declaration.

    IT IS FURTHER ORDERED that the Clerk is directed to file the unredacted versions of these documents under seal in accordance with this ORDER.

BY THE COURT:

/s/ Gerald Austin McHugh
---
GERALD AUSTIN McHUGH, U.S.D.J.