IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALLEGHENY COUNTY EMPLOYEES' RETIREMENT SYSTEM, EMPLOYEES' RETIREMENT SYSTEM OF THE CITY OF BATON ROUGE AND PARISH OF EAST BATON ROUGE, DENVER EMPLOYEES RETIREMENT PLAN, INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS NATIONAL PENSION FUND, and IOWA PUBLIC EMPLOYEES' RETIREMENT SYSTEM, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ENERGY TRANSFER LP, KELCY L. WARREN, THOMAS E. LONG, MARSHALL MCCREA, and MATTHEW S. RAMSEY,<br><br>Defendants. | Case No. 2:20-cv-00200-GAM |

**ORDER GRANTING LEAD PLAINTIFFS'**
**UNOPPOSED MOTION TO FILE UNDER SEAL**

AND NOW, this 28th day of March, 2025, upon consideration of Lead Plaintiffs' Unopposed Motion to File Under Seal, it is hereby ORDERED that the Motion is GRANTED, and Lead Plaintiffs are granted leave to file: ((1) Lead Plaintiffs' Memorandum of Law in Support of their Motion to Exclude Certain Opinions And Testimony of Dr. Kenneth M. Lehn; (2) Lead Plaintiffs' Memorandum of Law in Support of Their Motion to Exclude Certain Opinions and Testimony of Mr. Justin Clapper; (3) Lead Plaintiffs' Memorandum of Law in Support of Their Motion to Exclude Certain Opinions and Testimony of Dr. Timothy D. Bechtel; (4) Memorandum

of Law in Support of Lead Plaintiffs' Motion *in Limine* to Exclude Evidence or Argument Seeking to Challenge the Falsity and Scienter Issues Already Decided by the Court; (5) Memorandum of Law in Support of Lead Plaintiffs' Motion *in Limine* to Exclude Specific Evidence From Plaintiffs' Investment Managers; (6) Memorandum of Law in Support of Lead Plaintiffs' Omnibus Motion *in Limine* to Exclude Evidence and Argument at Trial; (7) the March 27, 2025 Omnibus Declaration of Adam H. Wierzbowski in Support of (i) Plaintiffs' Motions *in Limine* and (ii) Plaintiffs' Motions to Exclude Opinions and Testimony from Defendants' Expert Witnesses (the "Declaration"); and (8) Exhibits 1-6, 9-15, 17, and 20-23 to the Declaration.

      The Clerk is directed to file the Confidential Filings under seal in accordance with this Order.

BY THE COURT:

/s/ Gerald Austin McHugh

HON. GERALD A. McHUGH
United States District Judge