THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALLEGHENY COUNTY EMPLOYEES' RETIREMENT SYSTEM, EMPLOYEES' RETIREMENT SYSTEM OF THE CITY OF BATON ROUGE AND PARISH OF EAST BATON ROUGE, DENVER EMPLOYEES RETIREMENT PLAN, INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS NATIONAL PENSION FUND, and IOWA PUBLIC EMPLOYEES' RETIREMENT SYSTEM, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> ENERGY TRANSFER LP, KELCY L. WARREN, THOMAS E. LONG, MARSHALL MCCREA, and MATTHEW S. RAMSEY, <br><br> Defendants. | Case No. 2:20-cv-00200-GAM |

**LEAD PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT, SCHEDULING OF SETTLEMENT HEARING AND <u>APPROVAL OF SETTLEMENT NOTICE</u>**

Pursuant to Federal Rule of Civil Procedure 23, Lead Plaintiffs in the above-captioned action, Allegheny County Employees' Retirement System, Employees' Retirement System of the City of Baton Rouge and Parish of East Baton Rouge, Denver Employees Retirement Plan, International Association of Machinists and Aerospace Workers National Pension Fund, and Iowa Public Employees' Retirement System, respectfully move for entry of an Order (i) preliminarily approving the proposed class settlement reached through arm's length negotiations between the representatives of the parties as memorialized in the Stipulation and Agreement of Settlement attached hereto as Exhibit 1; (ii) scheduling a final settlement hearing to consider final approval

of the proposed settlement, the plan of allocation, and the application by Lead Plaintiffs and Lead Counsel for an award of attorneys' fees and litigation expenses; and (iii) approving the form, content, and manner of distribution of the proposed Settlement Notices and Proof of Claim and Release Form attached as Exhibits 1, 2, 3, and 4 to the proposed Order. Lead Plaintiffs' Motion is supported by the accompanying memorandum of law, the exhibits attached hereto, and all other papers and proceedings of record.

Having agreed to the terms and conditions of the Stipulation and Agreement of Settlement, Defendants Energy Transfer, Kelcy L. Warren, Thomas E. Long, Marshall McCrea, and Matthew S. Ramsey do not oppose the relief sought through this Motion.

Dated:  June 13, 2025                                    Respectfully submitted,

**BARRACK, RODOS & BACINE**

/s/ *Jeffrey W. Golan*
Jeffrey W. Golan
Chad A. Carder
Danielle M. Weiss
Jordan Laporta
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Tel: (215) 963-0600
Fax: (215) 963-0838
jgolan@barrack.com
ccarder@barrack.com
dweiss@barrack.com
jlaporta@barrack.com

**BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP**

/s/ *Adam H. Wierzbowski*
John Rizio-Hamilton*
Adam H. Wierzbowski*
Li Yu*
Michael M. Mathai*
1251 Avenue of the Americas

New York, NY 10020
Tel: (212) 554-1400
Fax: (212) 554-1444
johnr@blbglaw.com
adam@blbglaw.com
li.yu@ blbglaw.com
michael.mathai@blbglaw.com

*Counsel for Lead Plaintiffs*
*\*Admitted Pro Hac Vice*