# THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALLEGHENY COUNTY EMPLOYEES' RETIREMENT SYSTEM, EMPLOYEES' RETIREMENT SYSTEM OF THE CITY OF BATON ROUGE AND PARISH OF EAST BATON ROUGE, DENVER EMPLOYEES RETIREMENT PLAN, INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS NATIONAL PENSION FUND, and IOWA PUBLIC EMPLOYEES' RETIREMENT SYSTEM, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>ENERGY TRANSFER LP, KELCY L. WARREN, THOMAS E. LONG, MARSHALL MCCREA, and MATTHEW S. RAMSEY,<br><br>　　　　　　　　　Defendants. | Case No. 2:20-cv-00200-GAM |

## LEAD PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION

Pursuant to Federal Rule of Civil Procedure 23(e) and this Court's Order Preliminarily Approving Settlement and Authorizing Dissemination of Notice of Settlement dated July 9, 2025 (ECF No. 275), Lead Plaintiffs Allegheny County Employees' Retirement System, Employees' Retirement System of the City of Baton Rouge and Parish of East Baton Rouge, Denver Employees Retirement Plan, International Association of Machinists and Aerospace Workers National Pension Fund, and Iowa Public Employees' Retirement System (collectively, "Lead Plaintiffs"), in the above-captioned action respectfully move this Court before the Honorable Gerald A. McHugh, on October 7, 2025 at 1:00 p.m. in Courtroom 9B of the James A. Byrne U.S. Courthouse, 601 Market Street, Philadelphia, PA 19106, or at such other location and time as set

by the Court, for entry of a Judgment approving the Settlement as fair, reasonable, and adequate; and entry of an Order approving the proposed Plan of Allocation as fair, reasonable and adequate.

Lead Plaintiffs' motion is supported by (a) the Joint Declaration of Jeffrey W. Golan and Adam H. Wierzbowski in Support of: (1) Lead Plaintiffs' Motion for Final Approval of Class Action Settlement and Plan of Allocation; and (2) Lead Counsel's Motion for Attorneys' Fees and Litigation Expenses; (b) the Memorandum of Law in Support of Lead Plaintiffs' Motion for Final Approval of Class Action Settlement and Plan of Allocation; and (c) all other papers and proceedings herein. A final proposed Judgment and a proposed Order approving the proposed Plan of Allocation will be submitted with Lead Plaintiffs' reply papers after the deadline for objecting to the Settlement and Plan of Allocation has passed.

Dated: September 2, 2025

Respectfully submitted,

**BARRACK, RODOS & BACINE**

/s/ *Jeffrey W. Golan*
Jeffrey W. Golan
Chad A. Carder
Danielle M. Weiss
Jordan Laporta
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Tel: (215) 963-0600
Fax: (215) 963-0838
jgolan@barrack.com
ccarder@barrack.com
dweiss@barrack.com
jlaporta@barrack.com

**BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP**

/s/ *Adam H. Wierzbowski*
John Rizio-Hamilton*
Adam H. Wierzbowski*
Li Yu*
Michael M. Mathai*
1251 Avenue of the Americas
New York, NY 10020
Tel: (212) 554-1400
Fax: (212) 554-1444
johnr@blbglaw.com
adam@blbglaw.com
li.yu@ blbglaw.com
michael.mathai@blbglaw.com

*Counsel for Lead Plaintiffs*
*\*Admitted Pro Hac Vice*

## **CERTIFICATION OF SERVICE**

I HEREBY CERTIFY that on September 2, 2025, I caused Lead Plaintiffs' Motion for Final Approval of Class Action Settlement and Plan of Allocation to be filed and submitted electronically, served via email on all counsel of record, and to be available for viewing and downloading from the CM/ECF system.

/s/ *Adam H. Wierzbowski*
Adam H. Wierzbowski